**NATIONAL LABOR RELATIONS BOARD, Petitioner,**

v.

**WENATCHEE THRIFTY DRUGS, INC., Respondent.**

No. 21109.

United States Court of Appeals Ninth Circuit.

May 26, 1967.

**364**

Arnold Ordman, Gen. Counsel, Dominick L. Manoli, Assoc. Gen. Counsel, Marcel Mallet-Prevost, Asst. Gen. Counsel, Allison W. Brown, Jr., Harold B. Zanoff, Melvin J. Welles, Attys., NLRB, Washington, D. C., Thomas P. Graham, Director, NLRB, Seattle, Wash., for appellant.

Jon H. Phelps, Engst, Phelps & Young, Wenatchee, Wash., for appellee.

Before POPE, MERRILL and KOELSCH, Circuit Judges.

PER CURIAM:

The National Labor Relations Board petitions for enforcement of its order issued against respondent November 15, 1965, 151 N.L.R.B. 752; 155 N.L.R.B. 843.

■ Respondent contends that the Board's determination that its assertion of jurisdiction would in this case effectuate the purposes of the National Labor Relations Act runs counter to its own self-imposed jurisdictional standards, since the record does not support the Board's ruling that respondent and another concern, together, constituted a single employer for purposes of determining gross revenue. We reject this contention under the facts of this case for the reasons assigned in NLRB v. Carroll-Naslund Disposal, Inc., 359 F.2d 779 (9th Cir. 1966).

■ Respondent contends that the record does not support the Board's determination that respondent had threatened employees with economic reprisals if a union were selected to represent them. We agree.

■ The Board's order is entitled to enforcement as to the § 8(a) (5) violation, based on refusal to bargain. It is not entitled to enforcement as to the § 8 (a) (1) violation, based upon threats to an employee.

MERRILL, Circuit Judge (dissenting):

I would enforce the Board's order as to the § 8(a) (1) violation, feeling that the Board's determination is supported by substantial evidence upon the record as a whole.